UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. PAUL EDDIE BLAND, II,<br><br>Plaintiff,<br><br>v.<br><br>CDCR CSP-LAC ADMINISTRATION HEAD, et al.,<br><br>Defendants. | Case No. CV 16-8017 DSF(JC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

As the Court has been notified that plaintiff is deceased, and as no successor or representative of plaintiff has moved for substitution within 90 days of service of the August 2, 2017 Statement Noting Death, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed. R. Civ. P. 25(a)(1).

IT IS SO ORDERED.

DATED: 2/7/18

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE